| Case No: | 10-15814 AIH Judge: ARTHUR I. HARRIS | Trustee Name: | LAUREN A. HELBLING |
|---|---|---|---|
| Case Name: | MUNROE, MARVELLA W. | Date Filed (f) or Converted (c): | 05/04/10 (f) |
| | | 341(a) Meeting Date: | 07/26/10 |
| For Period Ending: | 08/04/10 | Claims Bar Date: | Applied for |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 9431 Preakness Unit D Northfield, Oh 44067 PPN: 41 | 121,690.00 | 0.00 | DA | 0.00 | FA |
| 2. Checking with Key Bank (paycheck directly deposite | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 3. Household Goods with Debtor | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 4. Clothing with Debtor | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 5. Costume Jewelry | 150.00 | 0.00 | DA | 0.00 | FA |
| 6. Term Insurance with NTL (Daughter is the Beneficia | 0.00 | 0.00 | DA | 0.00 | FA |
| 7. Group Term Insurance with Employer (Daughter is th | 0.00 | 0.00 | DA | 0.00 | FA |
| 8. Pension with Beachbrook (contributions are frozen) | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 9. 401K with Third Federal Loan (loan against it for | 80,000.00 | 0.00 | DA | 0.00 | FA |
| 10. fraudulent transfer (u)   To daughter | 0.00 | 6,100.00 | | 0.00 | 6,100.00 |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $210,540.00  $6,100.00  $0.00  $6,100.00

(Total Dollar Amount in Column 6)

LFORM1

Ver: 15.10d

| | | | |
|---|---|---|---|
| Case No: | 10-15814　AIH　Judge: ARTHUR I. HARRIS | Trustee Name: | LAUREN A. HELBLING |
| Case Name: | MUNROE, MARVELLA W. | Date Filed (f) or Converted (c): | 05/04/10 (f) |
| | | 341(a) Meeting Date: | 07/26/10 |
| | | Claims Bar Date: | Applied for |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee is pursuing a fraudulent transfer to debtor's daughter.

Initial Projected Date of Final Report (TFR): 12/31/11　　　Current Projected Date of Final Report (TFR): 12/31/11

/s/　　LAUREN A. HELBLING
_____　Date: 08/04/10
　　LAUREN A. HELBLING

LFORM1　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Ver: 15.10d